IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

DENISE M. HATCHER )
)
       Plaintiff (s) )
vs. )   Civil No. 05-0912-CV-W-DW
)
JO ANNE B. BARNHART )
Commissioner of Social Security )
)
       Defendant (s) )

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: the Commissioner's decision denying Hatcher's application for benefits is **AFFIRMED**.

    PATRICIA L. BRUNE, CLERK

Date: July 12, 2006         By: /s/ Y. Johnson
                                                    Deputy Clerk